# EXHIBIT A

| | | |
|---|---|---|
| Claim #2 | Sears Roebuck & Co<br>P.O. Box 3671<br>Des Moines, IA  50322-0674 | Distribution Amount $1,170.83<br><br>Claim Amount $3,982.54 |
| Claim #23 | Citibank NA<br>Exception Payment Processing<br>P. O. Box 6305<br>The Lakes, NV  8890 | Distribution Amount $2,395.71<br><br><br>Claim Amount $8,148.96 |
| Claim #24 | Fleet National Bank<br>2970 Transit Road<br>West Seneca, NY  14224 | Distribution Amount $1,672.83<br><br>Claim Amount $5,690.05 |

**BARBARA H. KATZ, CHAPTER 7 TRUSTEE**
**57 TRUMBULL STREET**
**NEW HAVEN, CONNECTICUT 06510-1004**
TELEPHONE (203) 772-4828
FACSIMILE (203) 777-2791
E-MAIL barbarakatz@snet.net

August 19, 2011

Clerk, United States Bankruptcy Court
450 Main Street
Hartford, Connecticut 06103

    Re:    Kenneth & Ann Biebel
             Chapter 7 Case No. 11-20037 ASD

             Unclaimed Funds

$5,239.37

RE #274829

Dear Clerk:

    Enclosed is my trustee check for unclaimed funds in the above – captioned estate. Also included is Exhibit A listing the last – known address of each creditor and the claim number.

                                          Very truly yours,

                                          Barbara H. Katz

BHK/fdr
enc.

**BANK OF AMERICA**

Barbara H. Katz, Trustee
57 Trumbull Street
New Haven, CT 06510

Remit To Court

32-1/1110
CHECK NUMBER **1025**

DATE 8/17/11

AMOUNT **********5,239.37

ESTATE OF

CASE NUMBER 3:11-20037-ASD    Debtor: KENNETH R BIEBEL    Joint Debtor: ANN M BIEBEL

PAY TO THE ORDER OF

Clerk, U.S. Bankruptcy Court

Five Thousand Two Hundred Thirty Nine Dollars And 37/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈0010 25⑈ ⑆11100001 2⑆ 4437912343